DAVID P. LENHARDT, ESQ.; SBN: 59652
EVELYN LEVINE SOLIS, ESQ.; SBN: 213578
ELSolis@KRSATTYS.COM
**KINKLE, RODIGER & SPRIGGS**
A PROFESSIONAL CORPORATION
837 North Ross Street
Post Office Box 1558
Santa Ana, CA 92702
(714) 835-9011
FAX: (714) 667-7806

Attorneys for Defendant, JOHN WHITE dba HI PERFORMANCE AUTO

**ORIGINAL**

FILED
CLERK U.S DISTRICT COURT
DEC 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SDM DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE LEE,<br><br>     Plaintiff,<br><br>vs.<br><br>HI-PERFORMANCE AUTOS, INC.,<br><br>     Defendants. | CASE NO: SACV09-326 AG (ANx)<br><br>**JUDGE:** Hon. Andrew J. Guilford<br>**DEPT:** 10D<br><br>**JUDGMENT** |

The Court hereby enters judgment in favor of the Defendant, JOHN WHITE.

IT IS SO ORDERED.

**DATED: December 21, 2009**

_____
HONORABLE ANDREW J. GUILFORD

-1-
[PROPOSED] ORDER ON DISMISSAL